THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VENTURA, Appellant.

Submitted October 18, 2010; decided November 23, 2010

Motion to enlarge the record denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PEREZ, Appellant, v ROBERT ERCOLE, Superintendent of Green Haven Correctional Facility, Respondent.

Submitted September 20, 2010; decided November 23, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

RANDY RATAJCZAK, as Administrator of the Estate of MARY RATAJCZAK, Deceased, Respondent, v MAHMOOD YOONESSI, M.D., et al., Appellants. (And a Third-Party Action.)

Decided November 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).